UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES K. SONG, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>AARON DRENBERG, et al.,<br>　　　　Defendants. | Case No. 18-cv-06283-LHK (VKD)<br><br>**ORDER RE DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS**<br>Re: Dkt. No. 23 |

On February 15, 2019, defendant Aaron Drenberg filed a motion to compel initial disclosures from plaintiffs and for sanctions. Dkt. No. 23. Mr. Drenberg's motion to compel does not comply with the discovery dispute procedure outlined in the undersigned's Standing Order for Civil Cases.

If plaintiffs' initial disclosures have not already been served upon Mr. Drenberg, plaintiffs must serve them by email or hand delivery on Mr. Drenberg by the close of business on **February 20, 2019**. Plaintiffs must also file a declaration with the Court attesting to service on that same day.

Mr. Drenberg's request for sanctions is denied at this time.

**IT IS SO ORDERED.**

Dated: February 19, 2019

　　　　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge