UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES K. SONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AARON DRENBERG,<br><br>    Defendant. | Case No. 18-cv-06283-LHK (VKD)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO QUASH**<br><br>Re: Dkt. No. 99 |

On October 23, 2019, defendant Aaron Drenberg filed a motion to quash the deposition of non-party Angela Moran. Dkt. No. 99. On October 24, 2019, the Court ordered the parties to confer by telephone concerning Ms. Moran's deposition and, if the parties were unable to resolve their dispute, ordered plaintiffs to file a response to Mr. Drenberg's motion by noon on October 28, 2019. Dkt. No. 100.

Plaintiffs did not file a response to the motion to quash on October 28. In the declaration of plaintiffs' counsel submitted in support of counsel's motion to withdraw (Dkt. No. 101), plaintiffs' counsel states that the parties agreed to take Ms. Moran's deposition off calendar. Dkt. No. 101-1 ¶ 11.

Based on plaintiffs' counsel's representation, it appears the parties have resolved the dispute concerning Ms. Moran's deposition. Accordingly, the Court denies Mr. Drenberg's motion to quash without prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge